**O'BRIEN, BELLAND & BUSHINSKY, LLC**
1526 Berlin Road
Cherry Hill, New Jersey 08003
856-795-2181
*Attorneys for Plaintiff(s)*
By:    Mark E. Belland, Esquire
       Steven J. Bushinsky, Esquire

| | |
|---|---|
| JOHN ROBBINS, ANTHONY BENIGNO, ROY KAISER, SCOTT SMALLEY, as Trustees and Fiduciaries for and on behalf of the SOUTH JERSEY LABOR & MANAGEMENT PENSION FUND,<br><br>               *Plaintiffs,*<br><br>        v.<br><br>OTTO C. RODE, INC.<br><br>               *Defendant.* | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 11-4741(RMB)<br><br><br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' request for default judgment,

it is on this _____2 nd_____ day of ____April____ 20_12_; and

**ORDERED** that Plaintiffs recover of Defendant, Otto C. Rode, Inc. the sum of

**$26,017.22** with interest thereon as provided by law; and

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall submit an Affidavit of

Attorneys Fees to the Court within __30__ days of the filing of this Judgment. in accordance

with Local Rule 54.2; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active

jurisdiction over the enforcement and continued litigation of this matter.

RENEE M. BUMB,                     U. S. D. C. J.